UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

ALLISON HARNDEN, Individually and )
as Plaintiff Ad Litem, )
)
Plaintiff, )
) Case No: 4:10-00263-CV-W-NKL
v. )
)
CASS COUNTY, MISSOURI, et. al., )
)
Defendants. )
)

## CERTIFICATE OF SERVICE

COME NOW, Defendants Advanced Correctional Healthcare Inc., Donna Moss and Lawrence Hayes, M.D., by and through their attorney of record, and certify they have served on the parties the following *Defendants' Advanced Correctional Heatlhcare, Inc., Donna Moss and Lawrence Hayes MD Rule 26 Disclosures,* together with a copy of this Certificate of Service by depositing same in the US Mail, postage prepaid on this 13th day of July, 2010 to the following:

Wes Shumate
DAVIS, BETHUNE & JONES, LLC
1100 Main Street, Suite 2930
Kansas City MO 64105
816-421-1600
Fax: 816-472-5972
wshumate@kbjlaw.net
*Attorneys for Plaintiffs*

David S. Baker
FISHER, PATTERSON, SAYLER & SMITH, LLP
9393 W. 110th Street
Building 51, Suite 300
Overland Park, KS 66210
913-339-6757

1

913-339-6187
dbaker@fisherpatterson.com
*Attorneys for Defendants Cass County and Diehl*

Respectfully submitted,

/s/Michael A. Childs
Michael A. Childs     MO #29697
Brown & James, P.C.
1100 Main Street, Suite 1900
Kansas City, Missouri 64105
(816) 472-0800/FAX (816) 421-1183
E-mail: mchilds@bjpc.com
*Attorneys for Defendants Advanced Correctional Healthcare Inc., Donna Moss and Lawrence Hayes MD*